**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02345

CAMILLE LaFONT,

      Plaintiff,

v.

COLORADO ATHLETIC CLUB;
WELLBRIDGE CLUB MANAGEMENT, LLC;
STARMARK HOLDINGS, LLC;
and DOES 1-25,

      Defendants.

---

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

---

Defendants Colorado Athletic Club ("CAC"), Wellbridge Club Management, LLC ("Wellbridge"), and Starmark Holdings, LLC ("Starmark") (collectively "Defendants"), make the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

Wellbridge Club Management, LLC, is a limited liability company established under the laws of the state of Delaware, with a principal place of business in Denver, Colorado. Starmark Management Holdings, LLC, a limited liability company established under the laws of the state of Delaware, with a principal place of business in Denver, Colorado, is the manager of Wellbridge Club Management, LLC. No publicly held company owns ten percent (10%) or more of Defendants' stock.

Respectfully submitted this 30th day of August, 2013.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ Heidi K. Wilbur*
Austin E. Smith
Heidi K. Wilbur
1700 Lincoln Street, Suite 4650
Denver, CO  80203
Telephone:  303.764.6800
Facsimile:  303.831.9246
austin.smith@ogletreedeakins.com
heidi.wilbur@ogletreedeakins.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 30th day of August, 2013, I electronically filed the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and e-mailed a copy of the same to the following e-mail address:

    Scott F. Reese, Esq.
    scottfreese@juno.com

                *s/ Linda R. Kerman*
                Linda R. Kerman, Paralegal