IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02345-MSK-CBS

CAMILLE LAFONT,

        Plaintiff,

v.

COLORADO ATHLETIC CLUB;
WELLBRIDGE CLUB MANAGEMENT, LLC;
STARMARK HOLDINGS, LLC; and
DOES 1-25,

        Defendants.

---

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #44)** filed on August 26, 2015, granting the Defendants Motion for Summary Judgment (**Doc. #38**), it is

ORDERED that:

Judgment is entered in favor of defendants and against the plaintiff on all claims.

ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case is closed.

Dated this 26th day August, 2015.

                                    ENTERED FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk